UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELLY C. OSUJI, | No. 2:22-cv-01122-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| CAPITAL ONE, N.A., | |
| Defendant. | |

      Plaintiff Nelly Osuji and defendant Capital One, N.A. together ask this court to vacate its prior order referring the parties to the court's Voluntary Dispute Resolution Program (VDRP). Mot., ECF No. 21; Prior Order (Oct. 7, 2022), ECF No. 14.  Instead of a settlement conference through VDRP, the parties stipulate they will  "conduct global mediation with the defendants in [p]laintiff's two other cases pending before this [c]ourt." Mot. at 1; *see also Osuji v. Bread Financial Payments, Inc.*, Case No. 2:22-cv-01121-WBS-KJN; *Osuji v. Select Portfolio Servicing, Inc.*, Case No. 2:22-cv-01120-MCE-DB.  Because a resolution in all three cases would promote judicial economy, the court **grants the parties' request and vacates its prior order**. The court **directs the parties to engage in mediation efforts and file a joint status report**

1 **regarding the status of settlement within 14 days of mediation or March 31, 2023, whichever**
2 **date is sooner.**
3     This order resolves ECF No. 21.
4     IT IS SO ORDERED.
5 DATED:  February 6, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE